# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

In the Matter of:

RONALD EDWARD WARD and       Case No. 09-23010-DSO
JEANETTE MARIE WARD,       Chapter 7
     HON. Daniel S. Opperman

    Debtors.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Check # | Claim # | Name | Amount |
|---|---|---|---|
| 3001 | | Mr. Rochefort | $335.00 |

Dated: July 21, 2011      */s/ Karen E. Evangelista (P36144)*
     Karen E Evangelista, Trustee
     439 S. Main St., Suite 250
     Rochester, MI 48307
     (248) 652-7992
     brewera1008@yahoo.com